**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re:**  
Charles Alexander McElravy JR

**Debtor(s)**

**Case No.:** 22−41878 − A399  
**Chapter:** 7

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is/are entitled to a discharge,

**IT IS ORDERED THAT:**

The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

The holder of any claim for unpaid pre−petition child support is entitled to have the Trustee provide such creditor with notice of the creditor's right to use the services of the state child support enforcement agency and supply such creditor with the address and telephone number of the state child support enforcement agency and an explanation of the creditor's rights to payment in the bankruptcy case. Any creditor may request such notice and information by writing the Trustee. Such creditor is further entitled to have the Trustee provide the creditor with (i) notice of the granting of the discharge, (ii) any last known address of the debtor, (iii) the debtor's most recent employer, and (iv) information concerning other claims on which the debtor may be liable following the discharge. Failure to request such information from the Trustee shall be a waiver of the right to receive such notice from the Trustee.

BY THE COURT

*Barry S Schermer*

U. S. Bankruptcy Judge

**Dated:** 9/27/22  
**St. Louis, Missouri**  
Rev. 12/17 3180

**SEE PAGE 2 OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. This discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes applicable only to cases filed after October 17, 2005;

c. Debts that are domestic support obligations applicable only to cases filed after October 17, 2005;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for most personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

g. Some debts which were not properly listed by the debtors in time to permit the creditor to file a proof of claim, if required, or file a timely request to determine dischargeability;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans applicable only to cases filed after October 17, 2005.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 22-41878-bss
Charles Alexander McElravy, JR  Chapter 7
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4   User: admin   Page 1 of 3
Date Rcvd: Sep 28, 2022   Form ID: 3180   Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Alexander McElravy, JR, 206 Spring Borough Dr, O'Fallon, MO 63368-7446 |
| 25225757 | | Driver License Bureau, 301 W High Street, Room 470, Saint Louis, MO 63105 |
| 25225776 | + | Missouri Child Support, Po Box 2320, Jefferson City, MO 65102-2320 |
| 25225775 | + | Missouri Child Support, Attn: Bankruptcy, PO Box 2320, Jefferson City, MO 65102-2320 |
| 25225758 | + | Region 7 Coordinator, Office of Regional, U.S. Environmental Protection Agency, 901 N 5th Street, Kansas City, KS 66101-2798 |
| 25225751 | + | US Attorney - Eastern District of MO, Thomas Eagleton U.S. Courthouse, 111 S. 10th Street, 20th Floor, Saint Louis, MO 63102-1128 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTABROWN.COM | Sep 29 2022 02:18:00 | Tracy A. Brown, Tracy A. Brown Chapter 7 Trustee, 1034 South Brentwood Blvd, Suite 725, St Louis, MO 63117-1271 |
| cr | + | EDI: AISACG.COM | Sep 29 2022 02:18:00 | Ally Bank, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 25225759 | + | EDI: AARGON.COM | Sep 29 2022 02:18:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 25225760 | + | Email/Text: jhill@arc1.biz | Sep 28 2022 22:14:00 | Account Resolution Corp, Attn: Bankruptcy, PO Box 3860, Chesterfield, MO 63006-3860 |
| 25225761 | + | EDI: GMACFS.COM | Sep 29 2022 02:18:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 25225762 | + | Email/Text: bk@avant.com | Sep 28 2022 22:14:00 | Avant / Webbank, Attn: Bankruptcy, 222 N Lasalle St, Ste 1700, Chicago, IL 60601-1101 |
| 25225763 | ^ | MEBN | Sep 28 2022 22:11:29 | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4190 |
| 25225764 | + | EDI: CAPITALONE.COM | Sep 29 2022 02:18:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 25225766 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2022 22:22:43 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 25225767 | + | EDI: DISCOVER.COM | Sep 29 2022 02:18:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 25225768 | + | Email/Text: bankruptcy@escu.org | Sep 28 2022 22:14:00 | Electro Savings Credit Union, Attn: Bankruptcy, 1805 Craigshire Dr, St Louis, MO 63146-4019 |
| 25225756 | ^ | MEBN | Sep 28 2022 22:11:24 | Equifax, 1550 Peachtree St NW, Atlanta, GA 30309-2468 |
| 25225754 | ^ | MEBN | Sep 28 2022 22:11:28 | Experian, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |

Case 22-41878   Doc 12   Filed 09/30/22   Entered 10/02/22 23:20:12   Imaged
Certificate of Notice   Pg 4 of 5

| District/off: 0865-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: 3180 | Total Noticed: 33 |

| Recipient | Method | Date/Time | Name and Address |
|---|---|---|---|
| 25225770 | Email/Text: BNSFN@capitalsvcs.com | Sep 28 2022 22:14:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117 |
| 25225771 | + EDI: AMINFOFP.COM | Sep 29 2022 02:18:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 25225772 | + Email/Text: FirstProgressCorrespondence@acttoday.com | Sep 28 2022 22:14:00 | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 25225773 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2022 22:14:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 25225750 | EDI: IRS.COM | Sep 29 2022 02:18:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25225769 | EDI: BLUESTEM | Sep 29 2022 02:18:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 25225765 | EDI: JPMORGANCHASE | Sep 29 2022 02:18:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 25225774 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2022 22:22:43 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 25225753 | + Email/Text: ecfnotices@dor.mo.gov | Sep 28 2022 22:13:00 | Missouri Department of Revenue, Collection Enforcement, Taxation Division, P.O. Box 854, Jefferson City, MO 65105-0001 |
| 25225752 | + Email/Text: ustpregion13.sl.ecf@usdoj.gov | Sep 28 2022 22:14:00 | Office of The United States Trustee, Thomas Eagleton U.S. Courthouse, 111 S. 10th Street, 6th Floor, Saint Louis, MO 63102-1125 |
| 25225777 | + EDI: TCISOLUTIONS.COM | Sep 29 2022 02:18:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 25225755 | ^ MEBN | Sep 28 2022 22:11:21 | TransUnion, PO Box 2000, Crum Lynne, PA 19022 |
| 25225778 | + EDI: USBANKARS.COM | Sep 29 2022 02:18:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 25225779 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 28 2022 22:14:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022              Signature:      /s/Gustava Winters

Case 22-41878    Doc 12    Filed 09/30/22    Entered 10/02/22 23:20:12    Imaged
Certificate of Notice    Pg 5 of 5

District/off: 0865-4 — User: admin — Page 3 of 3
Date Rcvd: Sep 28, 2022 — Form ID: 3180 — Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack Justin Adams | on behalf of Debtor Charles Alexander McElravy JR contact@thinkadamslaw.com, Adriana@thinkadamslaw.com,ryan@thinkadamslaw.com;jackr74334@notify.bestcase.com;sarah@thinkadamslaw.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Tracy A. Brown | tab7@bktab.com txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com;nevercheck999@gmail.com |

TOTAL: 3